UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA JONES, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC,<br><br>                              Defendants. | Case No.: 22-CV-1748 TWR (BLM)<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND EQUIFAX INFORMATION SERVICES, LLC**<br><br>(ECF Nos. 17, 18) |

Presently before the Court are the Plaintiff Alisa Jones and Defendants Experian Information Solution, Inc. and Equifax Information Services, LLC Joint Motions to Dismiss Action with Prejudice as to Defendant Experian Information Solutions, Inc. (ECF No. 17) and Defendant Equifax Information Services, LLC (ECF No. 18) (together, the "Joint Motions"). Good cause appearing, the Court **GRANTS** the Joint Motions. Accordingly, the Court **DISMISSES WITH PREJUDICE** this action in its entirety as to

/ / /

/ / /

/ / /

1

22-CV-1748 TWR (BLM)

Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC, with each Party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March 20, 2023

_____
Honorable Todd W. Robinson
United States District Court